IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| ACCESS FOR THE DISABLED, INC., a Florida Not-For-Profit Corporation, and DENISE PAYNE, Individually, | : : Case No.: 8:09-cv-1511 : : |
| Plaintiffs, | : |
| v. | : : |
| PREIT SERVICES, LLC, A Delaware Limited Liability Company, and, Samuel Zell, , | : : : |
| Defendant. | : : |

**STIPULATION OF DISMISSAL**

The parties to the above-captioned civil action, by their undersigned counsel and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of this civil action, with each party bearing their own costs.

Respectfully submitted,

By: **/s/ Pete M. Monismith**  
Pete M. Monismith  
Counsel for Plaintiffs  
MD Bar ID#29053  
Thomas B. Bacon, P.A.  
1710 Quarry Lane  
Apollo, PA 15613  
Ph: (724) 610-1881  
monismith@thomasbaconlaw.com

By:  **/s/ Jason S. Garber**  
Jason S. Garber  
Counsel for Defendant  
MD Bar ID#28626  
Reger Rizzo & Darnall LLP  
111 S. Calvert Street, Suite 2700  
Baltimore, MD 21202  
410-576-8927  
Jgarber@regerlaw.com