IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

ACCESS FOR THE DISABLED, INC.,
a Florida Not-For-Profit Corporation, and : Case No.: 8:09-cv-1511
DENISE PAYNE, Individually,

    Plaintiffs,

v.

PREIT SERVICES, LLC, A Delaware Limited
Liability Company, and, Samuel Zell, ,

    Defendant.

## STIPULATION OF DISMISSAL

The parties to the above-captioned civil action, by their undersigned counsel and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of this civil action, with each party bearing their own costs.

Respectfully submitted,

By: /s/ Pete M. Monismith
Pete M. Monismith
Counsel for Plaintiffs
MD Bar ID#29053
Thomas B. Bacon, P.A.
1710 Quarry Lane
Apollo, PA 15613
Ph: (724) 610-1881
monismith@thomasbaconlaw.com

By: /s/ Jason S. Garber
Jason S. Garber
Counsel for Defendant
MD Bar ID#28626
Reger Rizzo & Darnall LLP
111 S. Calvert Street, Suite 2700
Baltimore, MD 21202
410-576-8927
Jgarber@regerlaw.com



"APPROVED" THIS 12th DAY OF May, 2010
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE